IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:    GWENDOLYN Y. CHANDLER    CASE NO.: 05-55355 ERG
DEBTOR    CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Kimberly R. Lentz, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:    Gwendolyn Y. Chandler (Debtor)
(pro-rata portion of tax refund and estate funds insufficient to administer)

AMOUNT:    $2,369.91

REASON:    Whereabouts of Debtor is unknown. Debtor did not negotiate check. Other attempts to locate the Debtor have also failed.

Respectfully Submitted on this 12th day of June, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ, TRUSTEE

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

I further certify that I have mailed a true and correct copy of said document to:

Gwendolyn Y. Chandler
Post Office Box 56
Gautier, MS 39553

This the 12th day of June, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**3002**

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

| DATE | AMOUNT |
|---|---|
| 6/12/2008 | *******2,369.91 |

ZQYS0859

**2140546**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-55355 | Debtor: CHANDLER, GWENDOLYN Y. |

*Two Thousand Three Hundred Sixty Nine Dollars And 91/100*

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003002⑈ ⑆111000012⑆ 4429550137⑈

| Date: 6/12/2008 | Check Number: 3002 | Amount: $2,369.91 |
|---|---|---|
| Case Number 05-55355  Debtor Name: CHANDLER, GWENDOLYN Y. | | |

| Pai d To: UNITED STATES BANKRUPTCY COURT  DAN M. RUSSELL, JR. U.S. COURTHOUSE  2012 15TH STREET, SUITE 244  GULFPORT, MS 39501 | Trustee: KIMBERLY R. LENTZ  2012 23RD AVENUE  GULFPORT, MISSISSIPPI 39501 |
|---|---|

| Description :UNCLAIMED FUNDS |
|---|

| Bank A ccount Number: 4429550137 |
|---|